UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-48-T-35TGW

CHRISTY STANLEY

SENTENCING MEMORANDUM

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this memorandum in anticipation of defendant Christy Stanley's sentencing hearing, which is scheduled for September 2, 2020. (*See* Doc. 24).

On May 15, 2020, the defendant made her initial appearance in this case and pleaded guilty to an information charging her with one count of wire fraud, in violation of 18 U.S.C. § 1343, pursuant to a plea agreement. (*See* Docs.1, 2, 3, 18). As the Presentence Investigation Report ("PSR") reflects, the defendant's total offense level is 20, and her Criminal History category is I. (Doc. 26 at 9). Her U.S. Sentencing Guidelines range is 33 – 41 months of imprisonment. (*Id.* at 17). Although her plea agreement includes cooperation provisions (see Doc. 3 at 4-8), the defendant has not been able to provide the government with substantial assistance and, thereby, earn a 5K1.1 motion.

The government notes that multiple victim impact statements are appended to the PSR. As reflected in the same, the defendant's criminal conduct caused both economic and emotional hardship to her employers and work colleagues.

Consistent with the plea agreement, the government recommends that the Court impose a sentence within the applicable Guidelines range. (*See* Doc. 3 at 3). The government submits that such a sentence would satisfy the statutory purposes of sentencing in that it would reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, and afford adequate deterrence to criminal conduct. *See* 18 U.S.C. § 3553(a)(2). The government further suggests that the defendant's sentence include drug testing and treatment, mental health treatment, and the opportunity to complete a GED course and other educational courses/vocational training, as available, to address the history and characteristics of the defendant. *See* 18 U.S.C. § 3553(a)(1); *see also* PSR at 13-14 (¶¶ 54-64).

Finally, as the Court knows, there is another case related to defendant Stanley's case. *See United States v. Onoriode Frank Nani*, 8:19-cr-77-T-35JSS. The defendant in that case remains a fugitive. (*See id.* at Doc. 39).

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Rachelle DesVaux Bedke*
      Rachelle DesVaux Bedke
      Assistant United States Attorney
      Florida Bar No. 0099953
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Rachelle.Bedke@usdoj.gov

U.S. v. Christy Stanley                                  Case No. 8:20-cr-48-T-35TGW

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Alec Hall, Esquire
        Federal Public Defender's Office

        */s/ Rachelle DesVaux Bedke*
        Rachelle DesVaux Bedke
        Assistant United States Attorney
        Florida Bar No. 0099953
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Rachelle.Bedke@usdoj.gov