**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                              **CASE NO: 8:20-cr-48-MSS-TGW**

**CHRISTY A. STANLEY**

_____

**ORDER**

THIS CAUSE is before the Court on the **Defendant's Unopposed Motion for Leave to Travel. (Dkt. 56)**

Accordingly, it is **ORDERED** as follows:

1. The **Defendant's Unopposed Motion for Leave to Travel** is hereby **GRANTED**.

2. The defendant may travel to Mississippi. Defendant shall surrender to her designated institution no later than May 3, 2021, as directed by the Bureau of Prisons.

**DONE and ORDERED** in Tampa, Florida, this 21st day of April, 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             U.S. Marshal Service
             U.S. Probation Office
             U.S. Pretrial

- 2 -

Case 8:20-cr-00048-MSS-TGW   Document 57   Filed 04/21/21   Page 2 of 2 PageID 318

- 2 -