UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO: 8:20-cr-48-MSS-TGW

CHRISTY A. STANLEY

_____

## ORDER

This cause is before the Court on Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("Motion to Vacate"). (Dkt. 60) Pursuant to internal administrative procedures, the Motion to Vacate has also been filed as a new civil case (Case No. 8:21-cv-1919-MSS-TGW).

Accordingly, it is **ORDERED** that the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Dkt. 60), in this instant case, is **DENIED as MOOT**. The Court will consider the motion and enter a ruling in Civil Case No. 8:21-cv-1919-MSS-TGW.

**DONE and ORDERED** in Tampa, Florida, this 16th day of August, 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record